# Third District Court of Appeal
## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1072
Lower Tribunal No. F17-17363

————————

**Jerry Valdez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Jerry Valdez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. R. Crim. P. 3.800(c) (A motion to modify or reduce sentence must be filed within 60 days of the applicable periods addressed in Fla. R. Crim. P. 3.800(c).).